IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PIETRO BARBIERI, ET AL. | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 09-3196 |
| WELLS FARGO & CO, ET AL. | : | |

**O R D E R**

**AND NOW** this   27th   day of   July  , 2012, upon consideration of Defendants' Motion to Dismiss Plaintiff's Complaint or, in the Alternative, for a More Definitive Statement (ECF No. 13), Plaintiffs' Motion to Enlarge Time to Respond to Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) and Motion to Amend Its Complaint to Include Additional Counts Including but not Limited to R.I.C.O. Violations of the Racketeering Influence Corrupt Organization Acts (ECF No. 14), and Defendants' Motion for Issuance of a Protective Order Staying Discovery Pending Resolution of Defendants' Motion to Dismiss (ECF No. 18), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. Plaintiffs' Motion to Enlarge Time to Respond to Defendants' Motion to Dismiss and Motion to Amend its Complaint is **GRANTED** in part and **DENIED** in part as follows:

   A. Plaintiffs' request to amend the Complaint is **GRANTED**. Plaintiffs shall file an amended Complaint on or before August 10, 2012.

   B. Plaintiffs' request for an extension of time to respond to Defendants' Motion to Dismiss is **DISMISSED** as moot.

   C. Plaintiffs' request for expedited discovery is **DENIED**.

2. Defendants' Motion to Dismiss Plaintiff's Complaint or, in the Alternative, for a

    More Definitive Statement (ECF No. 13) is **DISMISSED** as moot.

3.   Defendants' Motion for a Protective Order Staying Discovery Pending Resolution of Defendants' Motion to Dismiss is **GRANTED**.

**IT IS SO ORDERED.**

                                            BY THE COURT:

                                            _____

                                            **R. BARCLAY SURRICK, J.**